| | |
|---|---|
| 1 | JOHN GOLDMARK (*pro hac vice*) |
| | johngoldmark@dwt.com |
| 2 | HEATHER F. CANNER (State Bar No. 292837) |
| | heathercanner@dwt.com |
| 3 | ERWIN RESCHKE (*pro hac vice*) |
| | erwinreschke@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 5 | Los Angeles, California 90017-2566 |
| | Telephone: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |
| 7 | Attorneys for Defendants |
| | AMAZON.COM, INC.; |
| 8 | AMAZON.COM SERVICES LLC; |
| | AUDIBLE, INC.; AND |
| 9 | ALEXA INTERNET |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE AMAZON CONSUMER SPEECH LITIGATION | Master File No. 2:24-cv-00089-HDV-E |
| This Document Relates To: | **DECLARATION OF JOHN A. GOLDMARK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| All Actions | |
| | Assigned to the Hon. Hernan D. Vera |
| | Dept.: Courtroom 5B |

DECLARATION OF JOHN A. GOLDMARK ISO MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT
Case No. 2:24-cv-00089-HDV-E

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## **DECLARATION OF JOHN A. GOLDMARK**

I, John A. Goldmark, declare as follows:

1.  I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for defendants Amazon.com, Inc., Amazon.com Services LLC, Audible Inc., and Alexa Internet (collectively "Amazon") in this matter. I make this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.  Attached as **Exhibit 1** is a true and correct copy of the Amazon.com Conditions of Use publicly posted on Amazon.com as it appeared on Amazon.com on February 5, 2024. This copy was obtained from Amazon.com at https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM (last visited June 13, 2024) and has remain unchanged since September 14, 2022.

3.  Attached as **Exhibit 2** is a true and correct copy of Amazon's Customer Review Policy publicly posted on Amazon.com as it appeared on February 5, 2024. This copy was obtained from Amazon.com at https://www.amazon.com/gp/help/customer/display.html?nodeId=G3UA5WC5S5UUKB5G (last visited on June 13, 2024).

4.  Attached as **Exhibit 3** is a true and correct copy of the Orange County Superior Court's order sustaining the demurrer filed by Cisco Systems, Inc. in *Dixon v. Cisco Systems, Inc.*, No. 30-2023-01364539-CU-MC-CXC (Orange Cnty. Super Ct.), appearing as Docket No. 72.

5.  Attached as **Exhibit 4** is a true and correct copy of the Complaint filed in *Dixon v. Cisco Systems, Inc.*, No. 30-2023-01364539-CU-MC-CXC (Orange Cnty. Super Ct.), appearing as Docket No. 2.

DECLARATION OF JOHN A. GOLDMARK ISO MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT
Case No. 2:24-cv-00089-HDV-E

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1        6.    Attached as **Exhibit 5** is a true and correct copy of the District Court
2  for the Central District of California's order granting defendant United Parcel
3  Service of America, Inc.'s motion to dismiss filed in *Anderson et al. v. United*
4  *Parcel Serv. of Am., Inc., et al.*, No. 2:24-cv-00096 (C.D. Cal. May 17, 2024)
5  appearing on ECF as Docket No. 20.

6        I declare under penalty of perjury under the laws of the United States that the
7  foregoing is true and correct.

8        Executed this 17th day of June, 2024, at Seattle, Washington.

                                                                             */s/ John A. Goldmark*
                                                                              John A. Goldmark

2

DECLARATION OF JOHN A. GOLDMARK ISO MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT
Case No. 2:24-cv-00089-HDV-E

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899