Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111

Christopher Rodriguez (SBN 212274)
crodriguez@singletonschreiber.com
Andrew D. Bluth (SBN 232387)
abluth@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
1414 K Street, Suite 470
Sacramento, California 95814
Tel: (916) 248-8478

Thomas A. Leary (SBN 123792)
**LAW OFFICES OF THOMAS LEARY, APC**
3023 First Avenue
San Diego, California 92103
Tel: (619) 291-1900
tleary@learylaw.com

*Attorneys for Plaintiff Barbara Trevino*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMAZON CONSUMER SPEECH LITIGATION<br><br>This Document Relates to:<br><br>*Trevino v. Amazon.com, Inc. et al.* (2:24-cv-00240) | Case No.: 2:24-cv-00089 HDV<br><br>**PLAINTIFF BARBARA TREVINO'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Date:  August 7, 2025<br>Time: 10:00 AM<br>Courtroom:  5B<br><br>Judge:   Hon. Hernán D. Vera |

1

PLAINTIFF BARBARA TREVINO'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 7, 2025, at 10:00 a.m. in Courtroom 5B of the United States District Court for the Central District of California, First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Barbara Trevino ("Plaintiff Trevino") will and hereby does move for voluntary dismissal as to herself individually, under Fed. R. Civ. P. 41(a)(2).

Plaintiff Trevino seeks to dismiss her individual claims with prejudice due to medical issues which have impacted her ability to remain involved in the action. This request in no way affects the proposed class or the remaining named plaintiffs.

In advance of filing this motion, counsel met and conferred on multiple occasions regarding the issues set out in this motion, in compliance with Local Rule 7-3, including on June 26, 2025.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the pleadings, files, and records in this action, and such additional evidence and argument as may be presented to the Court.

Dated: July 3, 2025                    Respectfully submitted,

/s/ Robert Ahdoot
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Christopher E. Stiner (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

1

PLAINTIFF BARBARA TREVINO'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2)